UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HANS-LINHARD REICH,

                Plaintiff(s),

  -v-                                            No. 11 Civ. 6083 (LTS)

THE FINANCIAL INDUSTRY,

                Defendant(s).
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 31 OCT 2011

### ORDER

The Initial Pretrial Conference scheduled for November 2, 2011, is rescheduled to **November 2, 2011, at 2:45 p.m.** in Courtroom 11C.

Dated: New York, New York
        October 31, 2011

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge