# SEYFARTH
## ATTORNEYS SHAW LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 31 2012

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5570

Writer's e-mail
pwalker@seyfarth.com

January 30, 2012

**VIA FACSIMILE**
**(212-805-0426)**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Reich v. Financial Industry Regulatory Authority*, 11 Civ. 6083 (LTS)(AJP)

Dear Judge Swain:

This firm represents Defendant in the above-referenced action. We write this letter on behalf of both parties. In Your Honor's November 2, 2011 Pre-Trial Scheduling Order, you asked that the parties apprize the Court of the status of their mediation efforts, no later than January 31, 2012. The parties had originally scheduled a mediation for December 5, 2011, which was cancelled due to Defendant's conflict. The parties rescheduled the mediation for March 1, 2012 before Michael Young of JAMS. In the interim, the parties are proceeding with discovery.

Respectfully submitted,

SEYFARTH SHAW LLP

Peter A. Walker

*The parties must make a further mediation status report by March 30, 2012.*

cc:   Hema Chatlani
      Lori M. Meyers

SO ORDERED.
NEW YORK, NY
Jan 30 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE